**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000427**
**30-JUN-2026**
**07:47 AM**
**Dkt. 42 OGMD**

NO. CAAP-25-0000427

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PLANT RESEARCH CORPORATION, Plaintiff-Appellee,
v.
KUPANAHA PRODUCTS LLC dba THAT BARN HAWAII,
KRIMSEN PALAMA POKI, Defendants-Appellants.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KOʻOLAUPOKO DIVISION
(CASE NO. 1DRC-25-0002563)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of Defendants-Appellants Kupanaha
Products LLC dba That Barn Hawaii and Krimsen Palama Poki's

June 26, 2026 "Motion to Dismiss Appeal With Prejudice" (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, June 30, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge